# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ramot Hills LLC

       Plaintiff,

v.                 Case No.: 1:20−cv−03154
                 Honorable Rebecca R. Pallmeyer

Homy Casa Limited

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2020:

   MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone motion hearing held. As Plaintiff's "prior art" showing rests on a product not mentioned in the original motion and complaint, and as Plaintiff's product is now back in the Amazon marketplace (albeit at a lower profile), the court concludes the record does not support a showing of irreparable injury or a clear likelihood of success on the merits. Plaintiff's motion for TRO and preliminary injunction [8] is therefore denied without prejudice. Parties are encouraged to continue discussion of settlement. Further telephone status conference is set for 7/31/2020 at 9:15 a.m. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 877−336−1839 and the access code is 6708061. Counsel of record will receive an email 15 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.