# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ramot Hills LLC

                    Plaintiff,

v.                                              Case No.: 1:20−cv−03154

                                                      Honorable Rebecca R. Pallmeyer

Homy Casa Limited

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 1, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court acknowledges the parties' joint written status report. Defendant is directed to file amended affirmative defenses on or before December 18, 20210 Parties are reminded that the discovery close date is March 26, 2021. Dispositive motion deadline is June 25, 2021, but if an earlier motion for summary judgment on the issue of invalidity will promote resolution, the court encourages prompt filing of such a motion. Further written status report shall be filed on or before January 21, 2021. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.